IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DEBRA CUMMINGS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 5:08-CV-262(HL) |
| TARGET CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiff's attorneys have filed a Notice of Intent to Withdraw (Doc. 13). This Court scheduled a hearing on March 25, 2009, at 9:30 a.m. in Macon to discuss with Plaintiff, Debra Cummings, her rights and responsibilities in light of her attorneys' request to withdraw. Counsel for Plaintiff and Defendant appeared at the hearing but Plaintiff did not. Plaintiff's counsel informed the Court that he mailed a notice of the hearing to Plaintiff and attempted to call her, but she did not respond. Thus, the Court adjourned the hearing and informed counsel that a later hearing would be scheduled.

Plaintiff Debra Cummings is hereby ordered to appear on April 16, 2009, at 9:30 a.m. in Courtroom B of the United States Federal Courthouse in Macon, Georgia. **If Plaintiff fails to appear, her case will be dismissed**. A copy of this Order is being mailed to Plaintiff at the address provided to this Court by her counsel: Debra Cummings, Post Office Box 1082, Reynolds, Georgia 31076.

**SO ORDERED**, this the 27th day of March, 2009.

*s/ Hugh Lawson*
HUGH LAWSON, Judge

dhc