# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| DEBRA CUMMINGS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 5:08-CV-262(HL) |
| TARGET CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

On March 27, 2009, this Court entered an order directing Plaintiff to appear before this Court on April 16, 2009, at 9:30 a.m. The Court instructed Plaintiff that if she did not appear, her case would be dismissed. Plaintiff did not appear as ordered. As a result, this case is dismissed without prejudice.

**SO ORDERED**, this the 16th day of April, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc